WHITLEY *v.* WHITLEY *et al.*

FISH, C. J.   There was no error in rulings respecting the admissibility of evidence.   There was no abuse of discretion, on the interlocutory hearing, in continuing the temporary restraining order and appointing a receiver.   The court's designation of the receiver as a "permanent receiver" was error; but this does not require a reversal of the judgment, as direction is hereby given that the judgment be so modified that the receiver appointed act as temporary receiver pending the further order of the court.

*Judgment affirmed, with modification.   All the Justices concur, except Gilbert, J., not presiding.*

SEPTEMBER 23, 1916.

Receivership.   Before Judge Littlejohn.   Sumter superior court. December 21, 1915.

*Wallis & Fort,* for plaintiff in error.